# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NOAH BREWINGTON, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN J. JOYCE, et al., )<br>)<br>      Defendants. ) | Docket no. 2:23-cv-00199-GZS |

## ORDER ON RECOMMENDED DECISION

On July 28, 2023, the United States Magistrate Judge filed with the Court his Recommended Decision after Review of Plaintiff's Complaint (ECF No. 12), which recommended sua sponte dismissal of the Complaint (ECF No. 1), as amended (ECF Nos. 8 & 10). Plaintiff filed his Objection (ECF No. 14) on August 10, 2023.

The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order. As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 12) is hereby **AFFIRMED**.
2. The Complaint is hereby **DISMISSED** for failure to state a claim in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

                                                                /s/ George Z. Singal  
                                                                United States District Judge

Dated this 15th day of August, 2023.